## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Adia Thurman, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action File** |
| | ) | **No.: 1:14-CV-00958-WSD** |
| v. | ) | |
| | ) | |
| Shooter Alley, Inc. | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER APPROVING SETTLEMENT

Plaintiff Adia Thurman and Defendant Shooter Alley, Inc. have filed a Consent Motion for Approval of a proposed Settlement Agreement. Having reviewed the proposed Settlement Agreement, this Court finds it to be a reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.    The parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreement is approved.  The parties are directed to file a Joint Stipulation of Dismissal with Prejudice within five (5) days of receipt by Plaintiff of the final settlement payment.  The Court expressly retains jurisdiction to enforce the settlement. The parties shall bear their own costs.

**SO ORDERED** this the 16ᵗʰ day of April , 2014.

_____
WILLIAM S. DUFFEY
UNITED STATES DISTRICT JUDGE