UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADIA THURMAN, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SHOOTER ALLEY, INC. )<br>)<br>   Defendant. ) | Civil Action File<br>No.: 1:14-CV-00958-WSD |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ADIA THURMAN and Defendant SHOOTER ALLEY, INC., by and through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own fees and costs.

Respectfully submitted: June 9, 2014.

**MARTIN & MARTIN, LLP**                              /s/ Kimberly N. Martin
235 Peachtree Street                                          KIMBERLY N. MARTIN
Suite 400                                                              Ga. Bar No. 473410
Atlanta, GA 30303
Telephone:  (404) 313-5538
Facsimile:   (770) 837-2678

Counsel for Plaintiff

1

|  |  |
|---|---|
| **SCHULTEN WARD & TURNER, LLP** | s/ Dean R. Fuchs |
| 260 Peachtree Street, NW | Dean R. Fuchs |
| Suite 2700 | Georgia Bar No. 279170 |
| Atlanta, GA 30303 | drf@swtlaw.com |
| (404) 688-6800 |  |
| (404) 688-6840 facsimile |  |

Counsel for Defendant